UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Corey Tyjaun Stevenson, ) | Case No. 2:23-05569-HMH-MGB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **OPINION AND ORDER** |
| Officer Humpiser; John Hicks; ) | |
| and Rodney Hope, ) | |
| Defendants. ) | |
| _____ ) | |

Corey Tyjaun Stevenson ("Plaintiff"), a state detainee proceeding *pro se*, brings this civil action challenging certain medical treatment he apparently received at the York County Detention Center. (Dkt. Nos. 1, 1-1.) On December 11, 2023, the Court issued an order notifying Plaintiff that his case was not in proper form, as he had not paid the requisite filing fee or moved to proceed *in forma pauperis*, and he failed to submit a set of proposed service documents. (Dkt. No. 3.) In light of Plaintiff's *pro se* status, the Court afforded him twenty-one days, plus three days for mail time, to submit the outstanding materials. The order warned Plaintiff that if he did not comply with the Court's instructions within the time permitted, his case would be dismissed for failure to prosecute and comply with an order of the Court under Rule 41 of the Federal Rules of Civil Procedure. (*Id.* at 2.) The Clerk of Court sent a copy of the order and courtesy copies of the necessary proper form documents to Plaintiff using the address provided on his initial envelope: York County Detention Center, 1675-3A York Hwy, York, SC 29745 (Dkt. Nos. 1-2).

The order was later returned to the Court as undeliverable, with a stamp on the envelope stating, "NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD." (Dkt. No. 6.) The Clerk of Court then attempted to remail the order to Plaintiff using the address provided on the York County Sheriff's Office website: York County Detention Center, 1675 York Hwy #3-A,

York, SC 29745.[1] (Dkt. No. 7.) This time, the mail was not immediately returned to the Court; nevertheless, it was still unclear as to whether Plaintiff received it because he did not respond to the order.

In an abundance of caution, the Court made one more attempt to contact Plaintiff, once again sending the proper form order to York County Detention Center, 1675 York Hwy #3-A, York, SC 29745. (Dkt. No. 8.) The order afforded Plaintiff an additional twenty-one days, plus three days for mail time, to submit the outstanding materials. Unfortunately, the order was eventually returned to the Court as undeliverable. (Dkt. No. 10.)

To date, Plaintiff has not provided the Court with a new address, and the record indicates no attempt by Plaintiff to contact the Court since filing the Complaint. Using the available electronic records, the Court has confirmed that Plaintiff is no longer detained at York County Detention Center, and he has not been transferred to the custody of the South Carolina Department of Corrections.[2] The undersigned is therefore constrained to **DISMISS** the instant action, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

April 22, 2024
Greenville, South Carolina

---

[1]    *See* https://www.yorkcountysheriff.com/302/Inmate-Mail (last visited April 19, 2024); *see also Tisdale v. South Carolina Highway Patrol*, No. 0:09-cv-1009-HFF-PJG, 2009 WL 1491409, at *1 n.1 (D.S.C. May 27, 2009), *aff'd,* 347 F. App'x 965 (4th Cir. Aug. 27, 2009) (noting that the court may take judicial notice of factual information located in postings on government websites).

[2]    *See* Inmate Information, https://inmatesinjail.yorkcountygov.com/detentioncenter/inmatesinjail.aspx (last visited Apr. 19, 2024); SCDC Inmate Locator, http://www.doc.sc.gov/InmateSearchDisclaimer.html (last visited Apr. 19, 2024).